# United States District Court
### Eastern District of California

**FILED**
MAY 12 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA
v.
**DANA TODD**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:04MAG0187-001**

Livia Morales, Assistant Federal Defender
Defendant's Attorney

## THE DEFENDANT:

[✔] admitted guilt to violation of charge(s) I, II, IV, V, and VI as alleged in the violation petition filed on 04/12/05.
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| I | Failure to Pay $600.00 Fine as to Count Two, or Pay $300.00 of the Fine and Serve Ten (10) Hours of Community Service in Lieu of Paying the Remainder of the Fine. | 04/11/2005 |
| II | Failure to Pay $100.00 Fine as to Count Five or Pay $50.00 of the Fine and Serve 10 Hours of Community Service in Lieu of Paying the Remainder of the Fine. | 04/11/2005 |
| IV | Failure to Complete One Hundred Eighteen (118) Hours of Community Service. | 04/11/2005 |
| V | Failure to Enroll, Participate in, and Successfully Complete an Alcohol Education and Counseling Program. The Defendant Failed to Provide Proof of Enrollment Within 30 Days of Judgment. | 04/11/2005 |
| VI | Failure to Pay a $10.00 Statutory Assessment as to Count II and a $5.00 Statutory Assessment as to Count V. | 04/11/2005 |

The court: [X] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 05/05/2005.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    Charge(s) ___ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

05/05/2005
Date of Imposition of Sentence

_____
Signature of Judicial Officer

**PETER A. NOWINSKI**, United States Magistrate Judge
Name & Title of Judicial Officer

MAY 1 1 2005
Date

| | |
|---|---|
| CASE NUMBER: | 2:04MAG0187-001 |
| DEFENDANT: | DANA TODD |

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 10 (TEN) Days.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[ ] The defendant is remanded to the custody of the United States Marshal.

[✔] The defendant shall surrender to the United States Marshal for this district.
   [✔] on 05/20/2005.
   [] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on __.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.
   If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal